Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAY 11  A 9: 30

CLERK_____
SO. DIST. OF GA.

Case No. _____
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☒ Yes   ☐ No

CV121- 079

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan Hamilton
Address: 527 Richmond Hill rd. West Apt. M-01
City: Augusta   State: Ga   Zip Code: 30906
County: Richmond
Telephone Number: (706) 951-4449
E-Mail Address: jonathanhamilton615@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Bill Clinton and his administration
Job or Title (if known): President of the United States
Address: 1600 Pennsylvania Ave NW
City: Washington   State: D.C.   Zip Code: 20500
County: District of Columbia
Telephone Number: (202) 456-1111
E-Mail Address (if known): N/A

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: George W. Bush and his administration
Job or Title (if known): President of the United States
Address: 1600 Pennsylvania Ave NW
City: Washington   State: DC   Zip Code: 20500
County: District of Columbia
Telephone Number: (202) 456-1111
E-Mail Address (if known): N/A

☐ Individual capacity   ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Barrack Obama and his administration
- Job or Title (if known): President of the United States
- Address: 1600 Pennsylvania ave NW, Washington, DC, 20500
- County: District of Columbia
- Telephone Number: (202) 456-1111
- E-Mail Address (if known): N/A

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name: Donald J. Trump and his administration
- Job or Title (if known): President of the United States
- Address: 1600 Pennsylvania ave NW, Washington, DC, 20500
- County: District of Columbia
- Telephone Number: (202) 456-1111
- E-Mail Address (if known): N/A

☐ Individual capacity   ☒ Official capacity

Continued See attached

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

None

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm am to receive a ring proven that I'm a Master Mason 33°, Congressional Medal of Honor, retirement with no less than 20 yrs, 100% service connection. And all monetary investments in the Dow Jones, Nasdaq, S&P 500, Microsoft, Apple, Alibibi, Amazon, Facebook, Oracle and Virgin Atlantic. They were to keep everything active and then gift and celebrate me by now and they're not doing it.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/09/2021

Signature of Plaintiff: *Jonathan Hamilton*
Printed Name of Plaintiff: Jonathan Hamilton

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    *City*    *State*    *Zip Code*
Telephone Number _____
E-mail Address _____

Jonathan Hamilton

United States District Court for the District of

Page 3 of 6

Defendant no. 5

Name        Joseph R. Biden and his administration
title       President of the United States
address     1600 Pennsylvania Ave NW
            Washington, D.C. 20500
County      District of Columbia
telephone # (202) 456-1111
            ☒ official capacity

Defendant no. 6

Name        The Supreme Court
title       Supreme Court Justices
address     1 First St. NE
            Washington, D.C. 20543
County      District of Columbia
telephone # (202) 479-3011
            ☒ ~~official~~ official capacity

Jonathan Hamilton

Page: 3 of 6

II. Basis for jurisdiction

C. I'm claiming that from President Clinton to President Biden and The Supreme Court of the United States are withholding my right to my father's estate. Not only that, but they all have stolen from it. (OMB) number 02-13576-2381/4332, /4333, /4033.

D. As stated in part C above, they're not allowing me the custody of my father's estate.

III. Statement of claim

A. During each of their Presidency.
B. From approximately 1996 to present
C. They committed fraud, theft and money laundering. President Clinton, President Bush and President Obama went so far as to travel to my destination so that I could or better yet, manipulate me to sign my rights over to them.

Jonathan Hamilton

United States District Court,
Southern District of Georgia

Plaintiff = Jonathan Hamilton

Defendant = President Bill Clinton and his administration

#2 President George W. Bush and his administration

#3 President Barrack H. Obama and his administration

#4 President Donald J. Trump and his administration

#5 President Joseph R. Biden and his administration

#6 The Supreme Court

Jonathan Hamilton                                    page 1 of 5

United States District Court for the plaintiff (Jonathan Hamilton) vs. President (Bill Clinton) and his administration the defendant

United States District Court for the Plaintiff (Jonathan Hamilton) vs. President (George W. Bush) and his administration the defendant

United States District Court for the Plaintiff (Jonathan Hamilton) vs. President (Barrack Obama) and his administration the defendant

United States District Court for the Plaintiff (Jonathan Hamilton) vs President (Donald J. Trump) and his administration the defendant

United States District Court for the Plaintiff (Jonathan Hamilton) vs President (Joseph R. Biden Jr.) and his administration the defendant

United States District Court for the Plaintiff (Jonathan Hamilton) vs (the Supreme Court) the defendant

Jonathn Hamilton                                   page 5 of 5
Application to proceed in District Court w/o prepaying
page = 5 of 5                                    fees or costs
question = 9
answer = I planed to receive my
father's assets from the white House
and the Supreme Court, after winning
this case. (OMB) number
02-13576-2381 /4332, /4333, /4033



Clerk, U.S. District Court
600 James Brown Blvd
Augusta, Ga. 30901