IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN HAMILTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 121-079 |
| PRESIDENT BILL CLINTON, et. al., | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 36.) In addition to filing objections, Plaintiff filed a motion for extension of time to serve Defendants and a second motion to amend his complaint. (Doc. nos. 31, 32.) Although leave to amend under Fed. R. Civ. P. 15(a) is generally given freely, Foman v. Davis, 371 U.S. 178, 182 (1962), leave is not guaranteed, and a trial court may deny such leave "in the exercise of its inherent power to manage the conduct of litigation before it." Reese v. Herbert, 527 F.3d 1253, 1263 (11th Cir. 2008). "In making this determination, a court should consider whether there has been undue delay in filing, bad faith or dilatory motives, prejudice to the opposing parties, and the futility of the amendment." Saewitz v. Lexington Ins. Co., 133 F. App'x 695, 699 (11th Cir. 2005) (*per curiam*) (quoting Foman, 371 U.S. at 182).

Plaintiff fails to show good cause for extending the period of service or granting leave of Court to amend the complaint for a second time. Thus, the Court **DENIES** Plaintiff's motions for an extension of time to serve Defendants and to file a second amended complaint. (Doc. nos. 31, 32.) Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Plaintiff's motion to expedite the case and his second motion for leave to proceed *in forma pauperis*, are therefore **DENIED AS MOOT**. (Doc. nos. 27, 35.)

SO ORDERED this 3rd day of June, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA